IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRISEIDA ENRIQUEZ, § | | |
| Plaintiff, § | | |
| v. § | | |
| § | | |
| BLUEFIN AUSTIN, LLC; BLUEFIN § | A-24-CV-1090-ML | |
| KYLE LLC; BLUEFIN ROUND ROCK § | | |
| LLC; and ANDRE DINATA, § | | |
| Defendant. § | | |

## NOTICE

On May 12, 2025, Plaintiff Briseida Enriquez and Defendants Bluefin Austin, LLC, Bluefin Kyle LLC, Bluefin Round Rock LLC, and Andre Dinata filed a joint stipulation for dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. 30.

In light of the dismissal stipulation, this court no longer has jurisdiction over this action. "The court lost jurisdiction when the parties voluntarily dismissed the entire suit under Rule 41(a)(1)(A)(ii)." *Def. Distributed v. United States Dep't of State*, 947 F.3d 870, 872 (5th Cir. 2020). A stipulation of dismissal dismisses the action "without a court order." *Id.* at 873 (quoting FED. R. CIV. P. 41(a)(1)(A)(ii)). Accordingly, the Clerk's Office is directed to **CLOSE** this case and **TERMINATE** all pending motions.

SIGNED May 13, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

1